IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-00365-REB-CBS

DOUGLAS E. MILLER, and
FRANCES ELLEN MILLER, a/k/a F. ELLEN MILLER,

    Plaintiffs,

v.

RONALD C. UNTERREINER,
HERBERT GRAETZ,
ROBERT E. MOSER,
JOE BULLOCK,
JEFFREY UNTERREINER, CPA, and
BEGLEY YOUNG UNTERREINER & WHITE LLC,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT JOE BULLOCK, ONLY

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal Without Prejudice** [#51][1] filed May 29, 2013. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiffs' claims against defendant Joe Bullock should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice** [#51] filed May 29, 2013, is **APPROVED**;

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That plaintiffs' claims against defendant Joe Bullock are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant Joe Bullock is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 29, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge